UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Mag. Judge Case No. 11-mj-4229-TSH
)
Christopher Quang Vo, )
Defendant )

## AFFIDAVIT IN SUPPORT OF ARREST

I, Special Agent Sarah De Lair, Federal Bureau of Investigation, do hereby make oath before the Honorable Timothy S. Hillman, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Christopher Quang Vo on an indictment filed in the Northern District of California charging the defendant with Conspiracy to Commit Intentional Damage to a Protected Computer and International Damage to a Protect Computer, Aiding and Abetting, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
Special Agent Sarah DeLair
Federal Bureau of Investigation

Subscribed and sworn to before me this 19th day of July, 2011.

_____
Timothy S. Hillman
United States Magistrate Judge