AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

**COPY ORDER OF COURT**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. **CR-11-00471-14-JF** |
| **Christopher Quang Vo** | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Christopher Quang Vo**

who is accused of an offense or violation based on the following document filed with the court:

X Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18:1030(b) -Conspiracy to Commit Intentional Damage to a Protected Computer
Count 15: 18:1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B),(i) & (2) - Intentional Damage to a
Protect Computer, Aiding and Abetting

Date: July 14, 2011

*Cita F. Escolano*
*Issuing officer's signature*

City and state: San Jose, CA

Cita F. Escolano-CR CSA
*Printed name and title*

### Return

| This warrant was received on *(date)* | , and the person was arrested on *(date)* |
|---|---|
| at *(city and state)* | ORIGINAL WARRANT HELD BY U.S. MARSHALS, SAN JOSE. NOTIFY ABOVE OFFICE UPON ARREST. DO NOT MAKE RETURN ON THIS COPY |
| Date: | |
| | *Arresting officer's signature* |
| | *Printed name and title* |